No. 96. CUSTOM BUILT HOMES CO., INC., *v.* KANSAS STATE COMMISSION OF REVENUE AND TAXATION, *ante,* p. 816;

No. 124. PHILLIPS *v.* TEXAS, *ante,* p. 839;

No. 149. CROOKHAM *v.* NEW YORK CENTRAL RAILROAD CO., *ante,* p. 821;

No. 182. BIRNEL *v.* TOWN OF FIRCREST, *ante,* p. 10;

No. 194. SAN SOUCIE ET AL. *v.* LETTS, U. S. DISTRICT JUDGE, *ante,* p. 826;

No. 195. UNITED STATES EX REL. TIE SING ENG *v.* ESPERDY, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, *ante,* p. 840;

No. 224. KEAHEY *v.* TEXAS, *ante,* p. 830;

No. 251. ANDERSON, ADMINISTRATRIX, *v.* ATLANTIC COAST LINE RAILROAD CO., *ante,* p. 841;

No. 253. MISSOURI PACIFIC RAILROAD CO. *v.* DEERING, REGISTER OF DEEDS, ET AL., *ante,* p. 12;

No. 74, Misc. HOYLAND *v.* UNITED STATES, *ante,* p. 845;

No. 105, Misc. EARNSHAW *v.* UNITED STATES, *ante,* p. 847;

No. 165, Misc. PATTERSON *v.* VIRGINIA ELECTRIC & POWER CO., *ante,* p. 851; and

No. 258, Misc. ANDERSON *v.* CALIFORNIA ET AL., *ante,* p. 869. Petitions for rehearing denied.

No. 120. JONES MOTOR CO., INC., *v.* PENNSYLVANIA PUBLIC UTILITY COMMISSION ET AL., *ante,* p. 11. Petitions for reconsideration and clarification denied.

No. 551, Misc., October Term, 1957. MCGINTY *v.* BROWNELL ET AL., 356 U. S. 952. Motion for leave to file petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.